FILED

06/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0407

_____

IN THE MATTER OF:

A.M.G. and S.M.H.,                                    O R D E R

       Youths in Need of Care

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heidi Ulbricht, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 29 2022